BRIAN J. STRETCH (CA Bar No. 163973)
Acting United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
KIMBERLY FRIDAY (MA Bar No. 660544)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7102
   Facsimile: (415) 436-6748
   E-mail: kimberly.friday@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UKIAH VALLEY MEDICAL CENTER, <br><br> Plaintiff, <br><br> v. <br><br> SYLVIA M. BURWELL, Secretary of the United States Department of Health and Human Services, <br><br> Defendant. | No. C 1:15-5039 NJV <br><br> **REQUEST FOR RELIEF FROM ORDER SETTING INITIAL CASE MANAGEMENT DEADLINES; PROPOSED SCHEDULE AND ORDER** |

Counsel for Defendant Sylvia M. Burwell, the Secretary of the United States Department of Health and Human Services and Plaintiff Ukiah Valley Medical Center hereby submit this request for relief from the Order Setting Initial Case Management Deadlines (ECF No. 5). In support of this application, the parties state:

1. Plaintiff's Complaint seeks judicial review on an administrative record pursuant to 5 U.S.C. § 706 (the Administrative Procedure Act) and Local Rule 16-5. The Court's role is limited to a review of the administrative record, which was lodged with the Court by the Defendant on February 5, 2016. As such, the parties in this case are exempt from initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(B)(i) and discovery is not available in this matter.

2. Because this matter involves only a review of the administrative record, the parties have agreed that this matter can be fully resolved by the submission of legal briefs pursuant to Local Rule 16-5. The parties therefore request relief from filing a Rule 26(f) Report and Case Management Statement, and do not believe that the initial case management conference, currently scheduled for February 23, 2016, is necessary.

3. Due to other work related commitments counsel for Plaintiff has in the months of February and March, it will be very difficult for Plaintiff to submit its motion for summary judgment in this matter within the time frame normally contemplated by Local Rule 16-5 and therefore, with the consent of the Defendant, Plaintiff is seeking relief from that time standard by approximately thirty (30) days, as indicated below.

4. In lieu of a scheduling conference, consistent with the requests for relief set forth in paragraphs 2 and 3 above, the parties propose the following schedule for submission of briefs in accordance with Local Rule 16-5:

- Plaintiff's Motion for Summary Judgment:   April 4, 2016
- Defendant's Opposition and Cross-Motion:   May 2, 2016
- Plaintiff's Reply:   May 16, 2016

The parties do not propose a date for hearing on the motions, in compliance with Local Rule 16-5. However, the parties will be prepared to present oral arguments on the issues discussed in the briefs if it will assist the Court. A Proposed Order is attached.

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

Dated: February 8, 2016        By:   */s/ Kimberly Friday*
                                     KIMBERLY FRIDAY
                                     Assistant United States Attorney

REQUEST FOR RELIEF FROM CMC DEADLINES; PROPOSED SCHEDULE AND ORDER
C 1:15-5039 NJV

| | | | |
|---|---|---|---|
| Dated: February 8, 2016 | By: | */s/ Jordan Keville* | |
| | | PATRIC HOOPER | |
| | | JORDAN KEVILLE | |
| | | Hooper, Lundy & Bookman, P.C. | |
| | | Attorneys for Plaintiff | |

### [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(B)(i) and Local Rule 16-5, the parties are relieved from the obligation to file a Rule 26(f) Report and Joint Case Management Statement, and the Initial Case Management Conference scheduled for February 23, 2016 is hereby cancelled. The parties shall adhere to the following schedule in filing briefs with the Court:

- Plaintiff's Motion for Summary Judgment:   April 4, 2016

- Defendant's Opposition and Cross-Motion:   May 2, 2016

- Plaintiff's Reply:   May 16, 2016

**SO ORDERED.**

DATED: February 9, 2016

_____
HONORABLE NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE